IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:17CR240 |
| | ) | |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES PEARL, | ) | JUDGMENT SATISFACTION |
| | ) | |
| Defendant. | ) | |

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Northern District of Ohio is hereby authorized and empowered to satisfy and cancel said judgment of record.

Respectfully submitted,

BRIDGET M. BRENNAN
United States Attorney

By: /s/ Suzana K. Koch

Suzana K. Koch (OH: 0073743)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3600
(216) 522-4542 (facsimile)
Suzana.Koch@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February 2022 the foregoing Judgment Satisfaction was sent by e-Mail service to the Defendant's counsel Justin Withrow at jwithrow@flannerygeorgalis.com

By: /s/ Suzana K. Koch
Suzana K. Koch (OH: 0073743)
Assistant United States Attorney